**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-529**

---

In Re: DOUGLAS ROSS, a/k/a Jabari Zakiya,

                                        Petitioner.

---

On Petition for Writ of Mandamus. (CA-96-744-JFM)

---

Submitted:  June 20, 1996            Decided:  June 28, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Douglas Ross, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas Ross has filed a petition for a writ of mandamus seeking an order directing the district court to convene a hearing on why the Bureau of Prisons continues to incarcerate him after his mandatory release date. Ross recently filed a habeas corpus action in the district court challenging his allegedly illegal incarceration. We deny the petition.

Mandamus is a drastic remedy to be used only in extraordinary circumstances. <u>Kerr v. United States Dist. Court</u>, 426 U.S. 394, 402 (1976). Mandamus relief is only available when there are no other means by which the relief sought could be granted, <u>In re Beard</u>, 811 F.2d 818, 826 (4th Cir. 1987), and may not be used as a substitute for appeal. <u>In re United Steelworkers</u>, 595 F.2d 958, 960 (4th Cir. 1979). The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." <u>Allied Chem. Corp. v. Daiflon, Inc.</u>, 449 U.S. 33, 35 (1980). Ross has not made such a showing. Accordingly, although we grant Ross's application to proceed in forma pauperis, we deny his petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2